### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy P. O'Laughlin, | Case No. 20-CV-2641 (SRN/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| FMC and Dr. Dionne Hart, Psychiatrist, | |
| Defendants. | |

Timothy P. O'Laughlin, Reg No. 27778-044, FMC-Rochester PMB 4000, Rochester, MN 55903, Plaintiff pro se.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the application to proceed *in forma pauperis* ("IFP") on appeal of plaintiff Timothy P. O'Laughlin. *See* Doc. No. 20. The Court has reviewed the IFP application and concludes that O'Laughlin qualifies financially to proceed IFP. Moreover, the Court cannot say that this appeal is taken in the absence of good faith or is frivolous in the sense that the Supreme Court has defined that term. *See* Fed. R. App. P. 24(a)(3). Accordingly, the IFP application will be granted.

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that the application to proceed *in forma pauperis* on appeal of plaintiff Timothy P. O'Laughlin [Doc. No. 20] is **GRANTED**.

2

Dated: June 14, 2021                              s/Susan Richard Nelson
                                                                                               SUSAN RICHARD NELSON
                                                                                               United States District Judge